

# Town of Framingham, Massachus
## Business Certificate

Fee: $50.00

Under the provisions of Chapter 110, Section 5 of the Massachusetts General Laws, as amended, th hereby declares that a business under the title of:

_Minang Escrows_
(Please Print)

is being conducted at: _40 queens way Apt 9_

FRAMINGHAM, MA   _01701_
(Zip Code)

by the following individual(s) or Corporation:

| Name | Corporate or Residential Address | Signature |
|---|---|---|
| 1 Yannick Minang | 40 queens way Apt 9 Framingham | _(signed)_ |
| 2 | | |
| 3 | | |
| 4 | | |

list additional individuals on back

Date Signed: _08/11/201_

A TRUE COPY ATT

Personally appeared before me, signed and sworn to by

_Yannick A. Minang_

before me: _(signature)_
(Notary Public, Justice of the Peace, Town Clerk, Asst. Town Clerk, Designated Clerk)

VALERIE MULVEY, TOW
FRAMINGHAM, MASSAC

This Certificate Expires: _August 11, 2021_
(For Administrative Use)

| | | | |
|---|---|---|---|
| Name: | MINANG ESCROWS | Customer Since: | 08/11/2017 |
| | | Business Start Date: | 04/2017 |
| Address: | 40 QUEENS WAY APT 9 | Nature Of Business: | Real Estate Lessors |
| | | Business Type: | Sole Proprietor |
| | | # Of Employees: | None |
| | FRAMINGHAM, MA, USA 01701-7735 | Relationship Mgr #: | |
| Business Phone: | (617)729-6621 | State Established In: | MA |
| Email: | yannremix2005@yahoo.fr | | |
| Tax ID: | [redacted] | | |

**Primary Contact**

| | |
|---|---|
| Name: | YANNICK MINANG |
| Job Title: | OWNER |
| Phone: | [redacted] |

ACCOUNTS | PROGRAMS | WORK ITEMS | NOTES | TO DO ITEMS | COMM.METHODS | SIGNERS/OWNERS

BUS

| | | | |
|---|---|---|---|
| Name: | YANNICK MINANG | Customer Since: | 08/11/2017 |
| Address: | 40 QUEENS WAY APT 9 | Pass Phrase: | Mother's Maiden Name-JANET |
| | FRAMINGHAM, MA, USA 01701-7735 | **Primary Photo Identification** | |
| | | Type: | US State Driver's License w/ Photo |
| | | Issued By: | MA |
| | | Number: | ■■■■ |
| Home Phone | ■■■■ | Issue Date: | 04/26/2017 |
| Email: | | Expiration: | 09/01/2019 |
| Tax ID: | ■■■■   DOB: ■■■■ 1992 | | |
| Employer: | MINANG ESCROW | | |
| Privacy Choice Action: | Present All Products | | |

[ ACCOUNTS ] [ PROGRAMS ] [ WORK ITEMS ] [ NOTES ] [ TO DO ITEMS ] [ COMM. METHODS ]

SIG

```
        *DBT_CNF
        CMG_MSGQ         DEQ
        CMG_ACKPNDQ      DEQ
        Memo: >>>ISIACKPND27403920170922000066696CMG_OUT!*DBT
        *SYS_MEMO        External system reference: NO SYSTEM REF.
        CMG_OUT          SEQ #: 274039 22-SEP-2017 13:44:05.96 Info:  *DBT
* END DESTINATION
        *FED_GL          SAM_CDT   AMOUNT: 673171.36    USD
* BEGIN DESTINATION *DST(4) ROUTE:026009593, DLV STATE: D
   RTE: /
   DST: FED///////
        *CDT
        FED_HIQ          DEQ
        FEDOUT_LOG       AMT: 673171.36    TIME: 22-SEP-2017 13:43:55.92
        FEDHI_10_Q       DEQ
        FLASHSND

        FEDOUT1          SEQ #: 1622 22-SEP-2017 13:43:57.22
        FEDMQOUT1        SEQ #: 1622 22-SEP-2017 13:43:57.22 Info: MTS.FED
.WIRE.XFER.RQ.OUT!!!!20170922
        FEDPNDSACKQ1     DEQ
        *SYS_MEMO        FED/ACK -- 2017/09/22 0000000013:0000000043
* END DESTINATION
        ABA_INDEX        KEY: 026009593
        DDA_BACKEND      TEXT: 2017092200006696  AMOUNT: 673171.36    USD
        GL_BACKEND       TEXT: 2017092200006696  AMOUNT: 673171.36    USD

< < < IntraNet System > > >

SENDER PARTY NOT ON FILE
SENDER'S ID A/121000248



TRN REF #: 20170922-00006697
--------------------------------------------------------------------------------
 **** MESSAGE ENVELOPE ****                      ( Bank : CTZ )

                                                 SND DATE: 17/09/22
SRC:FED CALLER:                                  EXT:

RPT#          AMT:30,000.00          CUR:USD                       TRDR#
TEST:  DUE:                          TYP:FTR/    FNDS:S CHG:DB:N CD:H COM:N CBL:N
--------------------------------------------------------------------------------
*DBT A/121000248                                                    ADV:LTR
DEBIT VAL: 17/09/22                  CREDIT VAL: 17/09/22
WELLS FARGO BANK, NA                 MINANG ESCROWS
SAN FRANCISCO, CA                    40 QUEENS WAY APT 9
                                     FRAMINGHAM        MA 017017735
COUNTRY OF RESIDENCY: US             ORIG TO BNF INFO:
SNDR_REF_NUM:2017092200101930                        LARSON


               LARSON

SAN JOSE, CA 95139-1426
REF NUM:0000572264885811


        **** MESSAGE TEXT ****
```

MINANG_000154

```
{1100} Message Disposition:
        Format Version:              30 (New expanded format)
        Test Production Code:        P  (Production)
        Msg Duplication Code:           (Original incoming msg)
        Msg Status Indicator:        N  (Incoming msg)

{1110} Acceptance Timestamp:
        Receipt Date:                09/22
        Receipt Time:                13:33
        Receipt Application Id:      FT03

{1120} OMAD:
        Output cycle date:           2017/09/22
        Output Destination Id:       A1B7A41C
        Output sequence number:      002976
        Output date:                 09/22
        Output time:                 13:33
        Output application Id:       FT03

{1510} Type/Subtype Code:
        Type Code:                   10 (Transfer of funds)
        Subtype Code:                00 (Regular transfer)

{1520} IMAD:
        Input Cycle date:            2017/09/22
        Input Source id:             I1B7031R
        Input Sequence number:       014120

{2000} Amount:                       $30,000.00

{3100} Sending Bank:
        ABA number:                  121000248
        Short name:                  WELLS FARGO SF
        ABA lookup (AUX):            WELLS FARGO BANK, NA
                                     SAN FRANCISCO, CA

{3320} Sender Reference:             2017092200101930

{3400} Receiving Bank:
        ABA number:                  011500120
        Short name:                  CITIZENS BANK, NA
        ABA lookup (AUX):            CITIZENS BANK, NATIONAL ASSOCIATION
                                     PROVIDENCE, RI

{3600} Business Function Code:       CTP (Customer transfer plus)

{4200} Beneficiary:                  D/1338288048
                                     MINANG ESCROWS

{4320} Reference for Beneficiary:    ███████████

{5000} Originator:                   ███████████
                                     ███████████ LARSON
                                     ███████████
                                     SAN JOSE, CA 95139-1426

{6000} Originator to Beneficiary Info: ███████ LARSON ███████
```

```
Command ===> RMI1                                              09/27/17
                         CUSTOMER INQUIRY                      09:39:47
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  MINANG ESCROWS
        Customer Nbr [REDACTED]      Ctl1  01  Ctl2 000  Ctl3 000  Ctl4 0000
     MINANG ESCROWS                         TIN Cert Code              0
     40 QUEENS WAY APT 9                    VIP
                                            Stockholder?               N
                                            Est/Birth Date    00/00/0000
                                            Opening Branch
                                            Responsible Branch
                                            Added Date        08/11/2017
                                            Lst Cust Contact  00/00/0000

        FRAMINGHAM              MA
        01701-7735              USA
Customer Officer
Type   Telephone           Extension   Preference?  Time   Time Zone  USA?
 B     [REDACTED]                           Y                           Y
                                            Y                           Y

   _ Addl Info      _ Personal?   Y   _ Empl Hist?    N   _ Commercial?  N
   _ Census?    N   _ Credit?     N   _ Remarks?      N
PF5-AcctRel  PF8-CustAddr  PF11-CustSvc  PF16-Bal      PF18-LoanTotal
PF6-CustRel  PF9-SesSetUp  PF15-Cust     PF17-DepTotal PF20-CustName
```

```
Command ===> RMI1                                              09/27/17
                         CUSTOMER INQUIRY                      09:40:02
[REDACTED]    YANNICK MINANG
        Customer Nbr [REDACTED]      Ctl1  01  Ctl2 000  Ctl3 000  Ctl4 0000
     YANNICK MINANG                          TIN Cert Code              0
     40 QUEENS WAY APT 9                     VIP
                                             Stockholder?               N
                                             Est/Birth Date  [REDACTED]
                                             Opening Branch
                                             Responsible Branch
                                             Added Date        08/11/2017
                                             Lst Cust Contact  00/00/0000

        FRAMINGHAM              MA
        01701-7735              USA
Customer Officer
Type   Telephone           Extension   Preference?  Time   Time Zone  USA?
 R     [REDACTED]                           Y                           Y
                                            Y                           Y

   _ Addl Info      _ Personal?   Y   _ Empl Hist?    N   _ Commercial?  N
   _ Census?    N   _ Credit?     N   _ Remarks?      N
PF5-AcctRel  PF8-CustAddr  PF11-CustSvc  PF16-Bal      PF18-LoanTotal
PF6-CustRel  PF9-SesSetUp  PF15-Cust     PF17-DepTotal PF20-CustName
```

```
Jason
```

```
 Command ===> RMAB                                                    09/27/17
                     CUSTOMER-TO-ACCOUNT RELATIONSHIP BROWSE          09:40:16
 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   MINANG ESCROWS

    Rel Cd P/S/O Appl Account Number              Trlr                   Balance
    Stm PR D/I/R Prod Ctl1 Ctl2 Ctl3 Ctl4 Brnch Status       Date         Cycle
 _  BUS BUS  P    IM   ████████████                   AVAIL                 .00
           A/B D  063  0001 0101 0000 0000 177   NORMAL OPENING 08/11/2017  E 0
 _  BUS BUS  P    AT   ████████████
               D  BD   0001 0101 0000 0000 00177 CAPTUR EXPIRE  08/01/2021
```

```
 PF1-Fwd   PF5-CustAcctBr  PF8-CustAddr  PF11-CustSvc     PF14-AcctNonLeg
 PF2-Bkwd  PF6-CustRel     PF9-SesSetUp  PF13-AcctLegTtl  PF21-Top
 RMPCABS1 RM3004 I: LAST PAGE                                              LAST
 IMI1         09/27/17       IMPACS ACCOUNT INQUIRY     09.40.27 PAGE 01 OF 02
 KEY    101-000-0000-1338288048                    MSGS:  ALL.
 STATUS 00-NORMAL                            ACCOUNT TYPE 063
 MINANG ESCROWS                              SYSTEM TYPE   019-SOLE PROPRIETOR
 40 QUEENS WAY APT 9                         AVAIL BALANCE              0.00
 FRAMINGHAM MA                    01701-7735 DDA AVAIL BAL              0.00
                                             CURR BALANCE          11,658.25
                                             ODP  BALANCE
                                             SWEEP BALANCE
 DT OPEN   08/11/17      SIGN 1               TOTAL HOLDS               0.00
 CUST ACT  09/22/17      TIN 2  010936033     BANK UNAVAIL              0.00
 LAST DEP  08/11/17      CHARGE CARD    NO    CUST UNAVAIL              0.00
 LAST MNT  09/26/17      SPECIAL INSTR  NO    LAST DEP AMT            200.00
                         NSF TODAY      NO    MIN DDA BAL                  0
                         OD TODAY       NO    AVG COL BAL              5,246
                         CON KITE DAYS   0    MTD AVG BAL              5,246
 MMDA IND        0       MTD KITE DAYS   0    CYC ACR INT           0.000000
 # AMT TRANS     0       OD LIM      QNTX     IOD PRJ ACR           0.000000
 # CHK ITEMS     0       STOP PAY        0    CHARGE-OFF AMT            0.00
 BAL HIST        0       BAL HIST RET  000    NEW BALANCE          11,658.25


 PF1-FORWARD                                  PF14-SVC CHG   PF15-RATES
```

Date: 9/27/2017 Time: 9:40:49 AM

```
Jason
IMI2      09/27/17                   IM ACCOUNT HISTORY            09.40.37 PAGE 001
KEY  101-000-0000-1338288048
          CNTL2 101      CNTL3 000     CNTL4 0000   ACCT# 1338288048

     SERIAL   POST    PAR#/SPRAY  TRAN                                              RET
     NUMBER   DATE     NUMBER     CODE     AMOUNT   DESCRIPTION/SOURCE              DAYS
              08/11   37683614    0155     200.00   DEPOSIT                          27
                                           SOURCE:                    08/11/17  13.39
              09/19   888891865   0135      23.75   POS DEBIT             3897
        *** (091917/99999999  /USPS PO 24278805 4FRAMINGHAM    MA             ) ***
                                           SOURCE:                    09/19/17  13.50
              09/22   700040044   0183   30000.00   WIRE XFER
        *** (                           )                                     ) ***
                                           SOURCE:  MTR      $M97     09/22/17  13.34
              09/22   434340286   0107      18.00   WIRE FEES
        *** ( WIRE TRANSFER FEES                                              ) ***
              09/26               0104    9000.00   DEBIT MEMO
              09/26               0104    9500.00   DEBIT MEMO
```

**Withdrawal - Checking/Money Market**

| | |
|---|---|
| Transaction: WITHDRAWAL | DIN: 0796023643 |
| Branch: 101796 | Date/Time: 09/25/2017  12:48 PM |
| Branch Name: West Roxbury | Gender: Debit |
| User ID: BRANCH\j050607 | Status: OL |
| Comment: | |

AUTHORIZED

Substitute Image/Virtual Document

| AUXILIARY | R/T |  | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0796023643 | 5990-1102 | | | $9500.00 |

**Cash-Out**

| | |
|---|---|
| Transaction: WITHDRAWAL | DIN: 0796023641 |
| Branch: 101796 | Date/Time: 09/25/2017  12:47 PM |
| Branch Name: West Roxbury | Gender: Credit |
| User ID: BRANCH\j050607 | Status: OL |
| Comment: | |

Substitute Image/Virtual Document

| AUXILIARY | R/T |  | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0796023641 | 5885-9064 | | 0796 | $9500.00 |

**Withdrawal - Checking/Money Market**

| | | | |
|---|---|---|---|
| Transaction: | WITHDRAWAL | DIN: | 0750018565 |
| Branch | 101750 | Date/Time: | 09/25/2017 11:41 AM |
| Branch Name: | Dedham | Gender: | Debit |
| User ID: | BRANCH\J053599 | Status: | OL |
| Comment: | | | |

AUTHORIZED

---

Substitute Image/Virtual Document

---

| AUXILIARY | R/T | | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0750018565 | 5990-1102 |  | | $9000.00 |

**Cash-Out**

| | | | |
|---|---|---|---|
| Transaction: | WITHDRAWAL | DIN: | 0750018563 |
| Branch | 101750 | Date/Time: | 09/25/2017 11:41 AM |
| Branch Name: | Dedham | Gender: | Credit |
| User ID: | BRANCH\J053599 | Status: | OL |
| Comment: | | | |

---

Substitute Image/Virtual Document

---

| AUXILIARY | R/T | | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0750018563 | 5885-9064 |  | 0750 | $9000.00 |