UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) | |
| v. | ) ) | No. 17-cr-10376-FDS |
| YANNICK MINANG | ) ) ) ) | |

**AFFIDAVIT OF ATTORNEY R. BRADFORD BAILEY IN SUPPORT OF
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

I, R. Bradford Bailey, being duly sworn, do hereby depose and state:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, the State of New York, and the State of New Hampshire;

2. I am also admitted to practice full time in the United States District Courts in the Districts of Massachusetts and New Hampshire and in the Southern and Eastern Districts of New York. I am also admitted to practice in the United States Court of Appeals for the 1st Circuit;

3. I have filed my notice of appearance on behalf of the defendant, Yannick Minang;

4. In reviewing the search warrant, affidavit and other discovery provided to me, and the applicable laws and cases on the subject, I believe that a sufficient basis exists for the defendant to challenge the constitutionality and sufficiency of the search warrant.

5. I hereby affirm and attest that the facts and cited case law contained in the *Defendant's Motion to Suppress Evidence* and *Memorandum of Law in Support Thereof*, now pending before this Honorable Court, are set forth therein truthfully and accurately to the best of my ability;

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30TH DAY OF MAY 2018:

/s/ R. Bradford Bailey
R. Bradford Bailey