FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/10/2017

    Pursuant to an authorized arrest warrant signed by Magistrate Judge Page Kelly, United States District Court for the District of Massachusetts, Special Agents of the Federal Bureau of Investigation (FBI) located and arrested YANNICK A. MINANG (MINANG), Date of Birth      1992, at his residence at 800 West Street Street, Apartment 1417, Braintree, Massachusetts on September 29, 2017.  FBI personnel participating in the arrest were Special Agents Vivian Barrios, Jason Craw, Dominic Gross, Michael Livingood, Sheila Magoon, James Marinelli, Kevin McCusker, and Supervisory Special Agent Michael Kelly.  Braintree Police Department Detective Stephen Wallace was also present.

    After knocking and announcing Agents' presence and intentions, MINANG opened his apartment door and was arrested without incident.  Agents escorted MINANG to his bedroom to get additional clothing.  In his bedroom, SA Kevin McCusker and SA James Marinelli observed a laptop computer lying on MINANG's bed, a cellular smart telephone on the bed stand next to the bed, and another cellular smart telephone on the windowsill.  MINANG requested to make a telephone call, which Agents declined.  Agents advised MINANG that the FBI would seek a search warrant for his apartment and requested MINANG to unlock his cellular telephone, which MINANG declined, requesting first to speak with his attorney.  SA McCusker placed the cellular telephone on MINANG's bed stand in 'airplane' mode.  SA Marinelli placed the cellular telephone on the windowsill in 'airplane' mode.

    Following his arrest, Special Agents Jason Craw and Michael Livingood transported MINANG to the Braintree Police Department, where he was booked.  The same agents then transported MINANG from the Braintree Police Department to the Moakley Federal Courthouse at 1 Courthouse Way, Boston, Massachusetts.  Starting and ending mileage figures were 19223 and 19244, respectively.

    MINANG was granted pre-trial release at his initial appearance.  His probable cause hearing was scheduled for October 25, 2017 at 11:00 AM.

Investigation on   09/29/2017     at   Braintree, Massachusetts, United States (In Person)

File #                                                           Date drafted   09/29/2017

by   CRAW JASON C, Kevin M. McCusker, MARINELLI JAMES T, Michael Livingood

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Arrest, transport and Initial Appearance of Yannick Minang , On 09/29/2017 , Page 2 of 2

The following notable events of MINANG's arrest occurred at the approximate times indicated:

6:05AM Arrest Warrant executed at 800 W. St. Apt 1417, Braintree, Massachusetts

6:07AM MINANG in custody and escorted to his bedroom for clothing

6:18AM MINANG allowed to use bathroom; Two cellular telephones phones placed in airplane mode

6:22AM 800 W. St. Apt 1417 secured

6:26AM Depart - 800 West Street

6:36AM Arrive - Braintree Police Department

7:35AM Depart - Braintree Police Department

8:30AM Arrive - Moakley Courthouse, One Courthouse Way, Boston, Massachusetts

1:40PM MINANG's Initial Appearance