

# COMPLAINT REFERRAL FORM

### Complaint ID: I1709240139188792

| | |
|---|---|
| Date: | 09/24/2017 01:39:18 |
| Adjusted Loss: | $150,000.00 |
| Reported Loss: | $150,000.00 |

## Victim Information

| | |
|---|---|
| Name: | |
| Age: | |
| Address: | |
| City: | |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 95139 |
| Phone Number: | |
| Email Address: | |

## Financial Transaction(s)

### Transaction

| | |
|---|---|
| Transaction Type: | Wire Transfer |
| Transaction Amount: | $30,000.00 |
| Transaction Date: | 09/21/2017 |

#### Victim Bank

| | |
|---|---|
| Bank Name: | Bank of america |
| Address: | 921 Arques Avenue |
| City: | Sunnyvale |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 94085 |

| | |
|---|---|
| Name on Account: | |
| Account Number: | |

### Recipient Bank

| | |
|---|---|
| Bank Name: | Suntrust Bank |
| Address: | 221 E Main Street |
| Country: | United States of America |
| State: | Tennessee |
| Zip Code/Route: | 37075 |
| Name on Account: | Regina Case |
| Routing Number: | 061000104 |
| Account Number: | 7876 |

## Transaction

| | |
|---|---|
| Transaction Type: | Wire Transfer |
| Transaction Amount: | $22,500.00 |
| Transaction Date: | 09/21/2017 |

### Victim Bank

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Address: | 1202 E Arques Avenue |
| City: | Sunnyvale |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 94085 |
| Name on Account: | |
| Account Number: | |

### Recipient Bank

| | |
|---|---|
| Bank Name: | Citizens Bank |
| Address: | ==800 West Street== |
| City: | ==Braintree== |
| Country: | United States of America |

| | |
|---|---|
| State: | Massachusetts |
| Name on Account: | ==Minang Escrows== |
| Routing Number: | 011500120 |
| Account Number: | 8048 |

## Transaction

| | |
|---|---|
| Transaction Type: | Wire Transfer |
| Transaction Amount: | $97,500.00 |
| Transaction Date: | 09/21/2017 |

### Victim Bank

| | |
|---|---|
| Bank Name: | Chase |
| Address: | 420 Mathilda Avenue |
| City: | Sunnyavale |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | 94086 |
| Account Number: | |

### Recipient Bank

| | |
|---|---|
| Bank Name: | Bank of America |
| Address: | 222 Broadway |
| City: | New York |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10038 |
| Name on Account: | Jacqueline Freeman |
| Routing Number: | 026009593 |
| Account Number: | 4196 |

## Description of Incident

**Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.**

My real estate agent's email address was hacked and informed to send the money for an earnest deposit and then

a subsequent down payment amount for a house that I was under the impression my offer had been accepted for.

I was sent emails that included one from my loan agent, a forward from the seller agent, my realtor, and an attachment including documents with sellers signature on the accepted offer documents that all confirmed I should complete the wire transfer.

**Which of the following were used in this incident? (Check all that apply)**

☑ Spoofed Email

☑ Similar Domain

☑ Email Intrusion

☐ Other   Please specify:

**Other Information**

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

The email chains are over 5000 characters and I cannot submit. Please let me know where I can send the thread to.

**Are there any other witnesses or victims to this incident?**


**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

San Jose police department temporary tracking number is T17023642.

**Who Filed the Complaint**

**Were you the victim in the incident described above?** Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature:

**Complainant Server Info**

| | |
|---|---|
| IP Address: | 2601:646:8c01:3b63:926:1beb:b311:36e5 |
| Host Header: | Mozilla/5.0 (Windows NT 6.1; WOW64; Trident/7.0; rv:11.0) like Gecko |

**Crime Type(s)**

BEC/EAC