```
TRN REF #: 20170922-00006697
----------------------------------------------------------------
**** MESSAGE ENVELOPE ****             ( Bank : CTZ )

SRC:FED CALLER:                                SND DATE: 17/09/22
                                               EXT:
RPT#         AMT:30,000.00        CUR:USD                  TRDR#
TEST:  DUE:                TYP:FTR/  FNDS:S CHG:DB:N CD:H COM:N CBL:N
----------------------------------------------------------------
*DBT A/121000248                CDT           38048         ADV:LTR
DEBIT VAL: 17/09/22             CREDIT VAL: 17/09/22
WELLS FARGO BANK, NA            MINANG ESCROWS
SAN FRANCISCO, CA               40 QUEENS WAY APT 9
                                FRAMINGHAM           MA 01701 7735
COUNTRY OF RESIDENCY: US        ORIG TO BNF INFO:
SNDR REF NUM:20170922001019930
ORIG:/
               8977

REF NUM:0000572264885811

**** MESSAGE TEXT ****
```