



Criminal Complaint Affidavit – Paragraph 17 – 9/23/2017 at 11:41 AM





Criminal Complaint Affidavit – Paragraph 18 – 9/23/2017 at 12:47 PM.