IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 17-10376-FDS |
| | ) | |
| YANNICK A. MINANG, | ) | |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION TO REVOKE CONDITIONS OF RELEASE

The United States of America hereby respectfully moves the Court to revoke the conditions of the defendant, Yannick A Minang's, release. As grounds, the government states as follows:

1. In 2017, Minang was charged with international money laundering, concealment money laundering, structuring, unlawful monetary transactions, and making false statements, in violation of 18 U.S.C. §§ 1001, 1956, 1957, and 31 U.S.C. § 5324. The charges stemmed from Minang's involvement in a Business Email Compromise ("BEC") scheme. *United States v. Minang*, 17-cr-10376-FDS, Docs. # 1, Complaint; 23, Indictment.

2. Minang was released on conditions pending trial. Doc. #12, Order Setting Conditions of Release. Among Minang's conditions was the condition that he "not violate any federal, state, or local law while on release." *Id.*

3. On January 23, 2019, Minang pled guilty to all charges in the indictment and remained on his release conditions pending sentencing. Doc. # 80. Minang's sentencing is currently scheduled for July 17, 2019. Doc. # 95.

4. On July 1, 2019, Minang was arrested and charged with money laundering conspiracy in violation of 18 U.S.C. § 1956(h), in connection with a different BEC scheme.

*United States v. Minang*, 19-mj-01216-DLC, Doc. #4, Complaint, attached hereto as Exhibit A. The complaint affidavit alleges that Minang conspired with others to perpetrate a similar, but different, BEC scheme and that he did so while he was on release in this case. *Id.* It is also alleged that once Minang was made aware of the FBI's investigation of the new matter, he deleted electronic evidence and instructed a witness not to cooperate with investigators.

Based on the above, the United States respectfully requests that Minang's conditions of release be revoked and that Minang be detained pending sentencing.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:  */s/ Jordi de Llano*
       Jordi de Llano
       Assistant U.S. Attorney

Date:  July 1, 2019