

**U.S. Department of Justice**

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

July 1, 2019

R. Bradford Bailey, Esq.
R. Bradford Bailey Law PC
44 School Street, Suite 1000
Boston, MA 02108

Re:  United States v. Yannick A. Minang
     Criminal No. 17-10376-FDS

Dear Attorney Bailey:

The United States Attorney for the District of Massachusetts has determined that your client, Yannick A. Minang, has failed to comply with the provisions of the Plea Agreement, violated or more conditions of his pretrial release, and has engaged in additional criminal conduct. Accordingly, pursuant to Paragraph 13 of the Plea Agreement filed in *United States v. Minang*, 17-cr-10376-FDS, Doc. # 81, the U.S. Attorney is exercising the option to be released from his commitments under the Plea Agreement.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By:  *[signature]*
     Jordi de Llano
     Assistant U.S. Attorney